JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GLADYS ROBERTS,  ) NO. CV 08-05437 SJO (AGRx)
    Plaintiff,  )
       v.  ) **ORDER**
UNITED STATES,  )
    Defendant.  ) Hon. S. James Otero

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is dismissed with prejudice in its entirety and all dates are vacated;

2. Costs of suit and attorneys' fees shall be born by each party; and,

3. The Court retains jurisdiction pending completion of the terms of the Stipulation for Compromise Settlement.

DATED: 7-7-00

               /s/ S. James Otero
               _____
               S. JAMES OTERO
               United States District Judge

<u>Presented by:</u>

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
    /s/
_____
DAVID A. DeJUTE
Assistant United States Attorney
Attorneys for Federal Defendant